PROB 12C
(6/16)

# United States District Court

### for the

### Eastern District of Washington

## Petition for Warrant or Summons for Offender Under Supervision

Report Date: May 31, 2023

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 01, 2023

SEAN F. McAVOY, CLERK

| | |
|---|---|
| Name of Offender: Carlos Junior Renteria | Case Number: 0980 1:15CR02036-SAB-1 |
| Address of Offender: ███████ Moses Lake, Washington | |
| Name of Sentencing Judicial Officer:  The Honorable Stanley A. Bastian, Chief U.S. District Judge | |
| Date of Original Sentence: May 25, 2016 | |
| Original Offense: Felon in Possession of a Firearm, 18 U.S.C. §§ 922(g)(1) and 924(a)(2) | |
| Original Sentence: Prison - 24 months; TSR - 36 months | Type of Supervision: Supervised Release |
| Revocation Sentence: (March 14, 2023) Prison- Time Served (22 days) TSR- 36 months | |
| Asst. U.S. Attorney: Benjamin Seal | Date Supervision Commenced: March 14, 2023 |
| Defense Attorney: Jennifer Barnes | Date Supervision Expires: March 13, 2026 |

### PETITIONING THE COURT

To issue a warrant.

On March 17, 2023, Mr. Renteria's conditions of supervision were reviewed with him by the probation officer and he signed said conditions acknowledging an understanding of his requirements.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Mandatory Condition  #1** : You must not commit another federal, state, or local crime.<br><br>**Supporting Evidence**: It is alleged that Mr. Renteria violated the terms of his supervised release by being arrested on or about May 27, 2023, in Moses Lake, Washington, for count 1: Robbery in the First Degree (Inflict Bodily Injury), RCW 9A.56.200(1)(a)(iii) and 9A.56.190- Attempt, RCW 9A.28.020 (Class B Felony).<br><br>On May 27, 2023, at approximately 0004, a Moses Lake police officer responded to a disturbance at the Quality Inn Hotel located at 449 S. Melva Lane Moses Lake. Dispatch advised the officer responding to the scene that there was an intoxicated male in the parking lot trying to fight everyone.  Dispatch advised the suspect left in a tan Chevy Tahoe SUV. The male was said to have hit the reporting party in the face and attempted to grab her cell phone. |

Prob12C
**Re: Renteria, Carlos Junior**
May 31, 2023
Page 2

Upon arrival, the police officer spoke with witness number 1 (male) who advised that he was driving through the parking lot to pick up his friend (witness number 2, female) and saw the suspect punch his friend in the head, while trying to grab her cell phone. The suspect was actively grabbing witness number 2's cell phone attempting to take it. When the suspect was unable to take the phone, he struck her on the side of the head.

The police officer spoke with witness number 2. She advised that she was hit in the head by the suspect and injuries were clear and visible. Photos were taken of her injuries for evidence. She advised that when she saw the suspect yelling at her friend, she fake-called 911 to scare off the suspect. The suspect then approached her and tried taking her phone and punched her in the head. Witness number 2 identified the suspect and stated that she wished to pursue charges.

The next court date for the pending charge is on June 13, 2023, in Grant County Superior Court.

2   **Mandatory Condition # 1**: You must not commit another Federal, state, or local crime

**Supporting Evidence**: It is alleged that Mr. Renteria violated the terms of his supervised release by being arrested on or about May 27, 2023, in Moses Lake, Washington, for Count 2: Assault in the Fourth Degree, RCW 9A.36.041(2) (Gross Misdemeanor).

On May 27, 2023, at approximately 0004, a Moses Lake police officer responded to a disturbance at the Quality Inn Hotel located at 449 S. Melva Lane Moses Lake. Dispatch advised the officer responding to the scene that there was an intoxicated male in the parking lot trying to fight everyone. Dispatch advised the suspect left in a tan Chevy Tahoe SUV. The male was said to have hit the reporting party in the face and attempted to grab her cell phone.

Upon arrival, the police officer spoke with witness number 1 (male) who advised that he was driving through the parking lot to pick up his friend (witness number 2, female) and saw the suspect punch his friend in the head, while trying to grab her cell phone. The suspect was actively grabbing witness number 2's cell phone attempting to take it. When the suspect was unable to take the phone, he struck her on the side of the head.

The police officer spoke with witness number 2. She advised that she was hit in the head by the suspect and injuries were clear and visible. Photos were taken of her injuries for evidence. She advised that when she saw the suspect yelling at her friend, she fake-called 911 to scare off the suspect. The suspect then approached her and tried taking her phone and punched her in the head. Witness number 2 identified the suspect and stated that she wished to pursue charges.

The next court date for the pending charge is on June 13, 2023, in Grant County Superior Court.

Prob12C
Re: Renteria, Carlos Junior
May 31, 2023
Page 3

The U.S. Probation Office respectfully recommends the Court issue a warrant requiring the offender to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   05/31/2023

s/Courtney Hambel

Courtney Hambel
U.S. Probation Officer

## THE COURT ORDERS

[ ]   No Action
[X]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[ ]   Other

_Stanley A. Bastian_
Signature of Judicial Officer

6/1/2023
Date