PROB 12C
(6/16)

Report Date: February 27, 2024

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Feb 27, 2024

SEAN F. MCAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Carlos Junior Renteria    Case Number: 0980 1:15CR02036-SAB-1

Address of Offender: ███████████ Wapato, Washington 98951

Name of Sentencing Judicial Officer: The Honorable Stanley A. Bastian, Chief U.S. District Judge

Date of Original Sentence: May 25, 2016

| | | | |
|---|---|---|---|
| Original Offense: | Felon in Possession of a Firearm, 18 U.S.C. §§ 922(g)(1) and 924(a)(2) | | |
| Original Sentence: | Prison - 24 months; TSR - 36 months | Type of Supervision: | Supervised Release |
| Revocation Sentence: (March 14, 2023) | Prison - Time Served (22 days) TSR- 36 months | | |
| Asst. U.S. Attorney: | Thomas J. Hanlon | Date Supervision Commenced: | March 14, 2023 |
| Defense Attorney: | Jennifer Barnes | Date Supervision Expires: | March 13, 2026 |

## PETITIONING THE COURT

To issue a warrant.

On March 17, 2023, a probation office met with Mr. Renteria and reviewed the conditions of supervision as outlined in the revocation judgment and sentence. Mr. Renteria indicated he understood the conditions of supervision, signed the revocation judgment and sentence and was provided with a copy of the document.

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Mandatory Condition #1**: You must not commit another federal, state, or local crime.<br><br>**Supporting Evidence**: It is alleged that Mr. Renteria violated the terms of his supervised release by being arrested on or about February 22, 2024, in Yakima, Washington, for Driving Under the Influence (DUI) of alcohol, in violation of the Revised Code of Washington (RCW) 46.61.502. (See narrative in violation number 2.) |
| 2 | **Mandatory Condition #1**: You must not commit another federal, state, or local crime.<br><br>**Supporting Evidence**: It is alleged that Mr. Renteria violated the terms of his supervised release by being arrested on or about February 22, 2024, in Yakima, for Hit and Run Unattended, in violation of RCW 46.52.010. |

Prob12C
**Re: Renteria, Carlos Junior**
**February 27, 2024**
**Page 2**

According to the Yakima Police Department (YPD) report number 24Y005714, the following occurred: On February 22, 2024, at approximately 11:03 p.m., YPD was dispatched to 1306 South Fair Avenue, regarding a hit and run collision. YPD contacted the reporting party (RP) and learned that the RP heard a crash right outside his house. The RP looked outside his house and saw his vehicle had been hit. The RP stated the vehicle that hit his car was a white Honda sport utility vehicle (SUV). The RP's vehicle was parked in the driveway and it was pushed approximately 2 to 3 feet into the concrete steps of the front porch. There was extensive damage to the front bumper and fluids were leaking out of the vehicle.

YPD officers left the residence and started looking for the driver who caused the accident. Officers were able to find a white Honda SUV and conducted a traffic stop. When officers contacted the driver who was identified as Carlos Renteria, there was a strong odor of alcohol emanating from his person. Mr. Renteria's eyes were bloodshot/watery and his eyelids were droopy. His speech was slurred and he was swaying front to back while officers were speaking with him.

Mr. Renteria participated in the standardized field sobriety tests and was arrested for DUI. Mr. Renteria was transported to the Yakima City Jail where he provided a breath sample of 0.164, and a second breath sample of 0.171.

Mr. Renteria appeared in Yakima Municipal Court on February 23, 2024, and his next court date for the alleged law violations is scheduled for March 1, 2024. Mr. Renteria bailed out of custody on February 23, 2024.

3          **Standard Condition #10**: You must not own, possess, or have access to a firearm, ammunition, destructive device, or dangerous weapon (i.e. anything that was designed, or was modified for, the specific purpose of causing bodily injury of death to another person such as nunchakus or tasers).

**Supporting Evidence**: Mr. Renteria is considered to be in violation of his supervised release conditions by being in possession of a firearm and ammunition on February 22, 2024.

According to YPD report number 24Y005714, the following occurred: On February 22, 2024, after Mr. Renteria was arrested for DUI, YPD officers conducted an inventory search of the vehicle Mr. Renteria was driving before the vehicle was towed away. Officers located the grip of a handgun in a black backpack and a firearm under the front passenger seat. After observing the firearm and grip of a handgun, officers applied for a search warrant for the vehicle.

The search warrant was approved and was executed by YPD. During the search, officers removed a black and gold Glock 19 from underneath the front passenger seat. The handgun had a magazine inserted that contained 9 bullets. The handgun was reported stolen by the Seattle Police Department on July 14, 2023. Officers located a pistol grip that appeared to belong to an assault rifle; however, there was no assault rifle found in the vehicle.

Prob12C
Re: Renteria, Carlos Junior
February 27, 2024
Page 3

| | | |
|---|---|---|
| 4 | | **Standard Condition #9**: If you are arrested or questioned by a law enforcement officer, you must notify the probation officer within 72 hours. |

**Supporting Evidence**: It is alleged that Mr. Renteria violated the terms of his supervised release by failing to notify probation within 72 hours after he was contacted by law enforcement on February 22, 2024.

Mr. Renteria never contacted this officer to discuss his contact with law enforcement on February 22, 2024.

| | | |
|---|---|---|
| 5 | | **Standard Condition #2**: After initially reporting to the probation office, you will receive instructions from the court or the probation officer about how and when you must report to the probation officer, and you must report to the probation officer as instructed. |

**Supporting Evidence**: It is alleged that Mr. Renteria violated the terms of his supervised release by failing to report to probation as directed on February 27, 2024.

On February 26, 2024, at 7:39 a.m., this officer sent Mr. Renteria a text message directing him to report to the probation office on February 26, 2024. Mr. Renteria never replied to the text message. This officer also attempted to contact Mr. Renteria at his residence on February 26, 2024. A family member stated Mr. Renteria had not been home since February 23, 2024, and his current whereabouts were unknown. This officer left a business card with the family member with directions for Mr. Renteria to report to the probation office on February 27, 2024, by 10 a.m. Mr. Renteria failed to report as directed on February 27, 2024.

The U.S. Probation Office respectfully recommends the Court issue a warrant requiring the offender to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: February 27, 2024

s/ Phil Casey

Phil Casey
U.S. Probation Officer

THE COURT ORDERS
[ ] No Action
[X] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] Other

*Stanley A. Bastian*

Signature of Judicial Officer

2/27/2024
Date