PROB 12C
(6/16)

Report Date: April 30, 2024

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

May 02, 2024

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Carlos Junior Renteria                Case Number: 0980 1:15CR02036-SAB-1

Address of Offender: ▓▓▓▓▓▓▓▓▓▓ Wapato, Washington 98951

Name of Sentencing Judicial Officer: The Honorable Stanley A. Bastian, Chief U.S. District Judge

Date of Original Sentence: May 25, 2016

| | |
|---|---|
| Original Offense: | Felon in Possession of a Firearm, 18 U.S.C. §§ 922(g)(1) and 924(a)(2) |
| Original Sentence: | Prison - 24 months; TSR - 36 months |

Type of Supervision: Supervised Release

| | | | |
|---|---|---|---|
| Revocation Sentence: (March 14, 2023) | Prison - Time Served (22 days) TSR- 36 months | | |
| Asst. U.S. Attorney: | Thomas J. Hanlon | Date Supervision Commenced: | March 14, 2023 |
| Defense Attorney: | Jennifer Barnes | Date Supervision Expires: | March 13, 2026 |

### PETITIONING THE COURT

To incorporate the alleged violations with the violations previously reported to the Court on February 27, 2024. A warrant was previously issued in the prior petition.

On March 17, 2023, a probation officer met with Mr. Renteria and reviewed the conditions of supervision as outlined in the revocation judgment and sentence. Mr. Renteria indicated he understood the conditions of supervision, signed the revocation judgment and sentence and was provided with a copy of the document.

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 6 | **Mandatory Condition #1**: You must not commit another federal, state, or local crime.<br><br>**Supporting Evidence**: It is alleged that Mr. Renteria violated the terms of his supervised release by being arrested on or about April 20, 2024, in Yakima, Washington, for Harassment, in violation of the Revised Code of Washington (RCW) 9A.46.020 (See narrative in violation number 7). |
| 7 | **Mandatory Condition #1**: You must not commit another federal, state, or local crime.<br><br>**Supporting Evidence**: It is alleged that Mr. Renteria violated the terms of his supervised release by being arrested on or about April 20, 2024, in Yakima, for Fourth Degree Assault, Domestic Violence, in violation of RCW 9A.36.041. |

Prob12C
**Re: Renteria, Carlos Junior**
**April 30, 2024**
**Page 2**

According to the declaration of probable cause for Yakima County Superior Court cause number 24-1-00636-39, the following occurred: On April 20, 2024, at approximately 5:31 a.m., Yakima Police Department (YPD) officers and Yakima County Sheriff's Office (YCSO) deputies responded to 1211 South Seventh Street in Yakima, regarding a domestic incident.

YPD contacted the victim, who explained she provided Mr. Renteria a ride to his aunt's house. Once the victim and Mr. Renteria arrived, Mr. Renteria became extremely mad at the victim for no reason. Mr. Renteria pulled out a gun from his waist and placed it on the dash. Mr. Renteria told the victim he could do whatever he wanted to her and he started punching the victim in the head several times.

The victim started to hit Mr. Renteria back and Mr. Renteria told the victim he could have "badder bitches" than her. Mr. Renteria continued to get angry and grabbed the victim's car keys. The victim asked for her keys back so she could leave. Mr. Renteria told her "no" and "there was no place she could be alive;" that he would tell her family he killed her.

The victim believed he would actually kill her and ran away to call 911. The victim believed the gun Mr. Renteria had was a real gun because she has seen him "loading ammo" into the magazine. The victim described the gun as a black and silver handgun.

Mr. Renteria was located near the location of the domestic incident and was taken into custody. No firearm was recovered.

8  **Mandatory Condition #1**: You must not commit another federal, state, or local crime.

**Supporting Evidence**: It is alleged that Mr. Renteria violated the terms of his supervised release by being arrested on or about April 20, 2024, in Yakima, for obstructing a law enforcement officer, in violation of RCW 9A.76.020.

According to a YPD report for incident number 24Y012164, the following occurred: On April 20, 2024, at approximately 5:31 a.m., YPD officers and YCSO deputies responded to 1211 South Seventh Street in Yakima, regarding a domestic incident.

YPD established probable cause to arrest Mr. Renteria and several officers observed Mr. Renteria in the driveway at 1212 South Fair Avenue in Yakima. YCSO deployed a canine as a de-escalation tool to safely arrest Mr. Renteria. From about 20 feet away, the canine aggressively barked at Mr. Renteria while commands were given for Mr. Renteria to lay on the ground. For over 2 minutes, Mr. Renteria was advised he was under arrest and given commands to get on the ground and lay on his stomach. Mr. Renteria continually disobeyed commands, argued with commands and began taking his clothing off, including his black jacket, which he threw approximately 3 to 5 feet to his right side.

While Mr. Renteria was standing with his hands raised, Mr. Renteria lowered his right hand, leaned down and reached to pick up his jacket. Due to Mr. Renteria reaching to pick up his jacket, the canine was sent to apprehend Mr. Renteria. However, instead of apprehending Mr. Renteria, the canine began biting Mr. Renteria's jacket. YPD officer then deployed a taser to safely take Mr. Renteria into custody.

Prob12C
Re: Renteria, Carlos Junior
**April 30, 2024**
Page 3

The U.S. Probation Office respectfully recommends the Court incorporate the alleged violations with the violations previously reported to the Court on February 27, 2024. Mr. Renteria is currently incarcerated at Yakima County Jail pending several state charges.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   April 30, 2024

s/ Phil Casey

Phil Casey
U.S. Probation Officer

### THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[X]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]  Defendant to appear before the Judge assigned to the case.
[X]  Defendant to appear before the Magistrate Judge.
[ ]  Other

Signature of Judicial Officer

5/2/2024
Date